RECEIVED OCT 31 2025 U.S.D.C. W.P.

RECEIVED OCT 31 2025 PRO SE OFFICE

October 25, 2025

Dear Honorable Court,

In regards to case # CV-25-1950, Murphy v. Mezella. Please ammend to Murphy v. Mazella. In the Law Library, it states 'Murphy v. Rockland'.

I am currently incarcerated at Albion Correctional Facility. Again, I have NEVER received any mail from the 2nd Circuit Court of Appeals in regard to Natural Offspring One v. Orange County Family Court, et al, CV-310, or any mail from cases CV-25-1950, CV-25-~~01322~~, 3105, 25-CV-3122.

Please forward a copy of the original complaint that needs to be ammended and the Judge's Answer to Complaint dated September 18, 2025, in case # CV-25-1950. In order for me to ammend accurately and within the timeframe. Please

understand that my resources and access to law and information is very limited due to my current incarceration which I have asked for relief from due to the immediate loss of life, liberty, and property and irreparable damage being done to my children, my life, my career, our mental and physical health and well being.

I have appealed at the state level, as well. My school district is seeking termination. I haven't seen or spoken to my children since 1/13/25. I am serving 1-3 indeterminate sentence, and the Warwick charges have not yet been resolved. I filed a Habeas Corpus 6/23/25 for relief in Warwick, NY Charges. The Warwick Police arrested me on a fictional probation violation the next day 6/24/25. I have been in jail since then.

With Integrity,
Teresa Elizabeth Murphy



NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Teresa Leo-Murphy  DIN: 25G0541

**CONFIDENTIAL**

Printed On Recycled Paper