RECEIVED
SDNY PRO SE OFFICE
2025 DEC -1 PM 4:17

November 24, 2025

Dear Honorable Court,

I write to you again - sent like cargo shackled by the ankle for 12 hours from Albion to Bedford, NY without any information, support, guidance, belongings, medication for why I am being moved again to yet another prison in less than a month.

Before I was able to contact anyone through the Albion Facility, Law Library or PLC, I was human trafficked back to Bedford for the Warwick charges that I filed for Habeas Corpus Relief on 6/23/25, Murphy v. Rockland, 25-CV-3122. The Warwick Police were served and waiting in

my driveway at 6am 6/24/25 to take me to Orange County Jail without a warrant - I've been in jail - Now - PRISON ever since. Please take this letter as an emergency MOTION to file that habeas corpus under the openned case 25-cv-1950. As I do not have access to ANY resources~even a steady address in order to litigate for my constitutional rights.

I was taken to Warwick Village Court on 11/19/25 without any preparation, knowledge or contact with a lawier. Paul Weber was there. Paul Weber is the same lawyer who lied, manipulated and coerced me into taking a plea deal where I was promised weekends and time served. Thinking I'd be going back to my career as

a special education teacher. I took my plea back within the 30 days. I challenged Judge Brown's judicial oath of office, ethics and prejudice - based on being named as a defendant in a Civil Rights Case - that he lied on the record and pretended he didn't know about - when I have signed letters from him acknowledging service. As well as documented transcripts during court proceeding in July 2025 on my alleged probation violation. I also wrote a letter to Judge Brown dated 9/22/25 citing a conflict of interest with the lawyer Paul Weber, and corruption - AGAIN - with Natalie

Navarra. Most importantly, ineffective counsel and that I needed time to see probation allegation/report against me and to find a new lawyer.

Judge Brown ignored and DA Hoovler and Warwick DA Dole (who was present) ignored and laughed at my letter. He sentenced me to 1-3 years on Oct 1, 2025 and I was in prison at Bedford Oct. 8, 2025.

On October 7, 2025, I sent letters and evidence from Orange County Jail to the Federal Court, explaining and proving the latest attack upon my Due Process/Constitutional Rights.

However the coordinated attack upon myself and my children by the "gang mantality" and gang stalking of ALL law enforcement is so sick deeply rooted, racist and corrupt in Warwick NY, Orange County, NY and Rockland County, NY that my brother in law Sgt. Nick Gessner sent a clear message to let me know how personal, political and corrupt the attack upon me and my children has been all along from my father the former NYPD to my brothers, NYPD to local Police, Officer Mazella, Officer Laya,

Officer Sircable and Officer Kennedy of Warwick Police NY to Cornwall on Hudson Police (Paul Weber) to Orange County Sheriff's Officer and Correctional Worker my brother in law Sgt Nick Gessner sending a message as I changed from County clothes to be taken to State Prison. A guard said "I have a message from your brother in law"... "In the game of chess - This is a CHECKMATE!" signifying to me that Nick Gessner has been listening to every phone call and reading and intercepting every single piece of mail that I was meant to receive from the Federal Court, making sure he would get me in prison,
(they)

advocates, friends, my sponsor, etc.

On July 7, 2025, I purposely mailed important documents to the Southern District that Orange County Jail under the corrupt collussion of Sgt Nick Gessner took my mail and intentionally threw it in the garbage or used it against me legally.

Federal Mail that OCJ was supposed to give to me at the jail mailed to me at the jail. My brother in law Nick Gessner deliberately had mailed to my home address in Warwick NY knowing that I would NEVER get it and

hoping that my case would be closed - in order to help and protect his friends - ALL other law enforcement - including Officer Mazella, Officer Laya, Officer Sircable, Officer Kennedy. Sgt. Nick Gessner and the rest of Orange County are trying to protect and cover up for the crimes committed against my family by the Warwick Police, CPS, James and Catherine Leo (former NYPD) on 1/13/25.

Orange County Sheriff's Department in collussion with Nick Gessner also orchestrated and colluded with Rockland County Sheriff's Office on 3/22/25, when I was shackled

to a chair overnight for a warrant in Family Court I was never served.

On March 25th 2025 my Civil Rights Advocate Charles Bernard Starke was at Rockland County Family Court to represent and advocate on my behalf when he was arrested on the same exact malicious, retaliatory charges that Warwick charged me with on Friday 3/22/25 stemming from 1/13/25 2nd Degree Assault on an Officer, Obstruction of Justice, Resisting Arrest, Harrassment (multiple counts). This

is not a coincidence. Charles Starke is still in custody, despite video and recording proving that Rockland County Sheriff ~~Zuniga was the~~ Fuentes was the agressor and Officer Zuniga along with other members of law enforcement from Orange and Rockland Counties as cited in his case Starke v. Fuentes, which is also pending and cites a pattern of corruption, collussion, violations of Constitutional Rights and Due Process.

I am now sitting at Bedford Correctional Facility 247 Harris Rd. Bedford Hills NY 10507-2400, cell #27, 110 East Wing in limbo after appearing in Warwick Village Court where the 6 charges, including 2nd degree Felony Assault on a Police Officer, Resisting Arrest, Obstruction of Justice, Endangering The

Welfare of a Child and 3 counts of Harrassment were dropped down to misdemeanors. They offered me a plea to take Resisting Arrest. However, I turned down the plea and requested a trial, because the Warwick Police had no warrant to enter my home on 1/13/25, subsequently causing my violation of probation and removal of my children without due process. I have been unable to ammend my case because I have been bounced around inhumanely across the state of NY.

Please note that I believe I am still being held in custody at Bedford Hills Facility until at least

December 10th, 2025 because I am scheduled for a custody trial in Rockland County Family Court on December 2nd, 2025 for all 3 children to two seperate homes without the ability to restore adaquate legal representation, prepare for court, gather evidence or secure advocacy on behalf of my children. Please extend my time to ammend my case Murphy v. Mazzella 25-cv-1950. Please forward all recently requested documents to my current address at Bedford Hills, NY, as the resources and legal documents all pertain

to the custody trial scheduled Dec. 2, 2025.

Please apply the Habeas Corpus Relief and Complaint filed 6/23/25 under Murphy v. Rockland to the ~~open~~ current active case file 25-cv-1950 due to emergency circumstances revolving around my pro se status.

Thank you for your patience and understanding, as I continue to fight for the justice and constitutional rights of myself and my 3 children.

With Clean Hands and
In Good Faith
Teresa Elizabeth Murphy
25G0541
110 East Wing #27
Bedford Hills Correctional
(for now)

**BEDFORD HILLS CORRECTIONAL FACILITY**
P.O. BOX 1000
BEDFORD HILLS, N.Y. 10507-2499

NAME: Teresa Leo Murphy  DIN: 25G0541
110 Eastwing #273 91

RECEIVED
SDNY PRO SE OFFICE
2025 DEC -1  PM 4:17

LEGAL MAIL

Southern District Federal Court
500 Pearl St.
New York, NY 10007
# Pro Se Intake Unit


USMP
SDNY